# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DANIEL KEITH LOLLEY, #207815,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-00555-CG-B |
| **LOUISIANA CORRECTIONAL SERVICES, et al.,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant John Doe I and John Doe II are dismissed without prejudice (Doc. 4)[1]; that the Supplement to Case Number 09-00555-CG-B (Doc. 9) is **GRANTED**; and that the Addendum and Supplement (Doc. 10) is **DENIED** to the extent that it seeks to add as Defendants Commissioner Allen, Director Golson, and Officer Carter, and **GRANTED** with respect to Defendant Louisiana Correctional Services.

**DONE and ORDERED** this 9th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] As noted in the Report and Recommendation, Plaintiff may amend his complaint to include the identities of those fictious defendants who are dismissed without prejudice if plaintiff obtains that information through discovery or otherwise within the statute of limitations.