# IN THE UNITED DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **DANIEL KEITH LOLLEY, #207815,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 09-00555-CG-B** |
| **LOUISIANA CORRECTIONAL SERVICES, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Defendant John Doe I and John Doe II be and are hereby **DISMISSED**.

**DONE and ORDERED** this 9th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE