IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL KEITH LOLLEY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | CIVIL ACTION NO. 09-0555-CG-B |
| : | |
| **LOUISIANA CORRECTIONAL** : | |
| **SERVICES,** : | |
| : | |
| Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. Accordingly, it is **ORDERED** that the Defendants' Motion for Summary Judgment is **GRANTED** with respect to Plaintiff's claims regarding desecration of religioius items, deprivation of herbs, transfer to PCCC, lack of sweat lodge, and worship services, and his request for injunctive relief and punitive damages, and **DENIED** with respect to Plaintiff's claim regarding lack of ceremonial grounds.

**DONE** and **ORDERED** this the 29th day of September, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE