## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **DANIEL KEITH LOLLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 09-0555-CG-B** |
| | ) | |
| **LOUISIANA CORRECTIONAL** | ) | |
| **SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT

In accordance with the Court's order entered this date, it is **ORDERED**,

**ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor

of Defendant, Louisiana Correction Service, and against Plaintiff, Daniel Keith

Lolley.

**DONE and ORDERED** this 12th day of June, 2012.


/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE